UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. __07MJ2892__ |
| vs. | ) ) | ORDER |
| ESCOBAR-GUTIERREZ | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, __Barbara L. Major__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

__Felix Enciso-Cuella__

DATED: __12/27/07__

__Barbara L. Major__
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____       OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
        Deputy Clerk

M. BEHNING

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082